IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEEKA S. SMITH, | No. C 09-05608 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 25, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

RESERVED FOR SUMMARY JUDGMENT MOTIONS: June 25, 2010, at 9:00 a.m.
(file motion: 5/21/10, opposition: 6/4/10, reply 6/11/10)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 15, 2010.

DESIGNATION OF EXPERTS: 11/29/10; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 7, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by October 15, 2010;

    Opp. Due October 29, 2010;  Reply Due November 5, 2010;

    and set for hearing no later than November 19, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 2, 2011 at 3:30 PM.

JURY TRIAL DATE: February 14, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall produce it's initial disclosures by 3/19/10.
The referral to the Court's mediation program is vacated.
This case shall be assigned to the Court's ENE program

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge