DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259
Facsimile:     (415) 554-3837
E-Mail:        joshua.white@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEEKA S. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, DOES 1 to 50, <br><br> Defendants. | Case No. C-09-5608 SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT** |

WHEREAS, the parties have reached a settlement in this case;

WHEREAS, the settlement is contingent upon approval by the San Francisco Police Commission;

Accordingly, the parties respectfully request that the Court vacate the trial date and all pre-trial dates to allow defendants to seek the necessary approvals and to allow the parties to effectuate the settlement.

1
2  Dated: May 20, 2010
3                                              DENNIS J. HERRERA
                                               City Attorney
4                                              JOANNE HOEPER
                                               Chief Trial Deputy
5                                              JOSHUA S. WHITE
                                               Deputy City Attorneys
6
7                                                 */s/ Joshua S. White*
                                          By:_____
8                                              JOSHUA S. WHITE

9                                              Attorneys for Defendant
                                               CITY AND COUNTY OF SAN FRANCISCO
10
11
12  Dated: May 20, 2010                        JOHN E. JONES

13                                                */s/ John E. Jones*

14                                        By:_____
                                               JOHN E. JONES
15                                             Attorney for Plaintiff NEEKA SMITH

16
17
18
19
20
21
22
23
24
25
26
27
28

Smith v. CCSF – Stipulation and Proposed Order          2
C-09-05608

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. SUSAN ILLSTON
United States District Court Judge

A further case management is set to occur on Friday, August 6, 2010, at 3 p.m. A joint statement shall be filed one week prior to the conference