DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259
Facsimile:      (415) 554-3837
E-Mail:          joshua.white@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEEKA S. SMITH, | Case No. C-09-5608 SI |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND THE FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, DOES 1 to 50, | |
| Defendants. | |

Plaintiff NEEKA SMITH, by and through her counsel John E. Jones, and Defendant CITY and COUNTY OF SAN FRANCISCO submit the following Stipulation:

IT IS HEREBY STIPULATED that both parties have agreed that the Further Case Management Conference set for August 6, 2010 at 3:00 PM be continued to October 8, 2010 at 3:00 PM.

IT IS SO STIPULATED.

Dated: July 13, 2010

            DENNIS J. HERRERA
            City Attorney
            JOANNE HOEPER
            Chief Trial Deputy
            JOSHUA S. WHITE
            Deputy City Attorneys


          By: */s/ Joshua S. White*
            JOSHUA S. WHITE

            Attorneys for Defendant
            CITY AND COUNTY OF SAN FRANCISCO


Dated: July 13, 2010        JOHN E. JONES

          By: */s/ John E. Jones*
            JOHN E. JONES
            Attorney for Plaintiff NEEKA SMITH

Smith v. CCSF – Stip and Order re CMC
C-09-05608
    2    n:\lit\li2009\091259\00640342.doc

1 | **ORDER**

2 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 | Dated: _____

5 | HON. SUSAN ILLSTON
United States District Court Judge