```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
 3  JOSHUA S. WHITE, State Bar #237223
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, 6th Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-4259
 6  Facsimile:    (415) 554-3837
    E-Mail:       joshua.white@sfgov.org
 7

 8  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEEKA S. SMITH, | Case No. C-09-5608 SI |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND THE FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, DOES 1 to 50, | |
| Defendants. | |

Plaintiff NEEKA SMITH, by and through her counsel John E. Jones, and Defendant CITY and COUNTY OF SAN FRANCISCO submit the following Stipulation:

IT IS HEREBY STIPULATED that both parties have agreed that the Further Case Management Conference set for August 6, 2010 at 3:00 PM be continued to ~~October 8, 201~~0 at 3:00 PM.                                                                                    11/5/10

IT IS SO STIPULATED.

Dated: July 13, 2010

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        JOSHUA S. WHITE
        Deputy City Attorneys

By: */s/ Joshua S. White*
        JOSHUA S. WHITE

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: July 13, 2010        JOHN E. JONES

By: */s/ John E. Jones*
        JOHN E. JONES
        Attorney for Plaintiff NEEKA SMITH

1
2   **ORDER**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
4   Dated: _____

    HON. SUSAN ILLSTON
5   United States District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28