```
DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4259
Facsimile:    (415) 554-3837
E-Mail:       joshua.white@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEEKA S. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DOES 1 to 50,<br><br>    Defendants. | Case No. C-09-5608 SI<br><br>**RESPONSE TO COURT'S ORDER DATED JANUARY 11, 2011** |

On January 11, 2011, the Court issued an order directing counsel to file "either a copy of the negotiated check or confirmation in writing directly by plaintiff that she has received the settlement check." Attached as Exhibit A is a true and correct copy of an email from Plaintiff Neeka Smith to defense counsel Joshua S. White confirming Plaintiff's receipt of the settlement check on December 20, 2011.

Dated: January 11, 2011

                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              JOSHUA S. WHITE
                              Deputy City Attorneys

                                  */s/ Joshua S. White*
                          By:_____
                              JOSHUA S. WHITE

                              Attorneys for Defendant
                              CITY AND COUNTY OF SAN FRANCISCO

## ORDER

This entire lawsuit, as to all plaintiffs, all defendants, all claims for relief, and all causes of action, is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____                     _____
                                                              HON. SUSAN ILLSTON
                                                              UNITED STATES DISTRICT JUDGE

Neeka S. Smith
v.
City and County of San Francisco, et al.

Case No. C09-5608 SI

# EXHIBIT A

## TO RESPONSE TO COURT'S ORDER DATED JANUARY 11, 2011



Re: Neeka Smith C-09-5608 SI confirm recieved check
Neeka Smith
to:
Joshua.White
12/20/2010 10:56 PM
Show Details

History: This message has been replied to.

confirm recieved check
12/20/2010 thankyou
neeka smith

---

**From:** "Joshua.White@sfgov.org" <Joshua.White@sfgov.org>
**To:** da220bomb@yahoo.com
**Sent:** Mon, December 20, 2010 1:51:28 PM
**Subject:** Re: Neeka Smith C-09-5608 SI

Hi Ms. Smith,

The check was mailed last Thursday. Please let me know when you receive it.

Thank you,

Joshua S. White
Deputy City Attorney
City and County of San Francisco
Fox Plaza • 1390 Market St., Sixth Floor
San Francisco, CA  94102
Phone:   (415) 554-4259
Fax:       (415) 554-3837

The information in this email is confidential and may be protected by the attorney/client privilege and/or the attorney work product doctrine.  If you are not the intended recipient of this email or received this email inadvertently, please notify the sender and delete it.

| | |
|---|---|
| From: | Neeka Smith <da220bomb@yahoo.com> |
| To: | joshua.white@sfgov.org |
| Date: | 12/17/2010 07:04 AM |
| Subject: | Neeka Smith C-09-5608 SI |

---

Josua S. White Deputy City Attorney
City and County of San Francisco
Fox plaza 1390 market street 6th floor
San Francisco, Ca. 94102

Just trying to follow up on settlement check,  My apartment number  is changing effective 12/20/2010 from #13 to #1 this is not a physical move I have acces to both mail boxes now. so, Id so, Id like to be looking out for monies due and if we can confirm address & mail out dates or or avoid mail out all together, can I pick up the check? Please let me know something. I do appreciate your efforts .


Neeka Smith
655 Sycamore ave #1
Hayward, CA. 94544
510.886.1469
DEC.17, 2010